**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6348**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

EMMETTE JEROME KELLEY,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (CR-99-20, CA-00-137-4)

———————

Submitted:  June 21, 2001          Decided:  June 29, 2001

———————

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Emmette Jerome Kelley, Appellant Pro Se.  Robert Edward Bradenham, II, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Emmette Jerome Kelley seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal substantially on the reasoning of the district court.[*]  <u>See</u> <u>United States v. Kelley</u>, Nos. CR-99-20; CA-00-137-4 (E.D. Va. Jan. 2, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] We recently held in <u>United States v. Sanders</u>, 247 F.3d 139 (4th Cir. 2001), that the new rule announced in <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), is not retroactively applicable to cases on collateral review.  Accordingly, Appellant's <u>Apprendi</u> claim is not cognizable.